LEON J. FELLMETH and MARY E. FELLMETH, Respondents, v. CITY OF YONKERS, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to dismiss complaint granted, with ten dollars costs, upon authority of *Fellmeth* v. *City of Yonkers* (*ante*, p. 815), decided herewith. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

MORITZ FINKELSTEIN, Appellant, v. THE BROD COOK DECORATING COMPANY, INC., and Others, Respondents.— Order modified to the extent of also granting the motion for examination of defendants before trial, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ. Settle order on notice.

DANIEL FRIEDHEIM, Respondent, v. JOSEPH DINOWITZ, Appellant.— Order granting motion for injunction and for appointment of receiver modified by striking out the following part thereof: "Ordered, that the defendant Joseph Dinowitz do assign, transfer and deliver over to such receiver, all his right, title and interest, in and to such copartnership property, assets and effects." As so modified, the order is affirmed, without costs. A sale should not be held pending the determination of the question as to whether a partnership exists. Should it be determined upon the trial that there is no partnership the defendant would be prejudiced. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

IDA GLIDER, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment reversed upon the facts and a new trial granted, costs to abide the event, unless the plaintiff, within five days from the entry of the order herein, stipulate to reduce the recovery of damages to the sum of $7,500; in which event the judgment, as so modified, is unanimously affirmed, without costs. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

ROBERT GOLDSTEIN, Respondent, v. CORTEL REALTY CORPORATION, etc., Appellant.— Judgment unanimously affirmed, without costs, respondent having failed to appear or to file a brief. Appeal from order denying motion for stay dismissed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

VERA GROSS, Appellant, v. MAX GROSS, Respondent.— Order granting motion to reduce alimony reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The affidavits fail to show any change in defendant's ability to pay alimony. If defendant felt aggrieved because of the amount which he was ordered to pay, his remedy was to appeal to this court. Under such circumstances, the court at Special Term has no power to review the determination of another justice at Special Term. Having failed to appeal, defendant's remedy now is to bring the case on for trial. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.